USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/22/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

–v–

Louis Camper a/k/a Gauneem Abdullah,

Defendant.

13-cr-378 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

The Court is in receipt of Mr. Camper's motion for the appointment of counsel to pursue a motion for compassionate release based on the COVID-19 pandemic. Pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A, and the discretion of the Court, Nathaniel Marmur is hereby appointed to represent Mr. Camper for the purpose of determining if he should file a motion for compassionate release based on any heightened risks posed to Mr. Camper by COVID-19, and, if so, filing that motion. Within two weeks of the date of this order, Mr. Marmur should provide the Court with a status update on this matter.

The Clerk of Court is respectfully directed to mail this Order to Mr. Camper.

SO ORDERED.

Dated: June 19, 2020
New York, New York

_____
ALISON J. NATHAN
United States District Judge