```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/4/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

–v–

Louis Camper a/k/a Gauneem Abdullah,

Defendant.

13-cr-378 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

The Court is in receipt of Defendant's motion compassionate release. The Government is hereby ordered to respond to the motion by August 11, 2020. The Defendant may file a reply by August 18, 2020.

SO ORDERED.

Dated: August 4, 2020
New York, New York

_____
ALISON J. NATHAN
United States District Judge